# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTINE HELLER, ROBERT TRIBBLE** and **MICHAEL ANTHONY HELLER,**
Appellants,

v.

**MTGLQ INVESTORS LP** and **U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2018-B, MORTGAGE BACKED NOTES,**
Appellees.

No. 4D19-2339

[February 13, 2020]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 2014-CA-003878.

Michael Anthony Heller, Jupiter, Christine Heller, Jupiter, and Robert Tribble, Lake City, pro se.

Richard S. McIver and H. Michael Muniz of Kass Shuler, P.A., Tampa, and James S. Telepman of Cohen, Norris, Wolmer, Ray, Telepman & Cohen, P.A., North Palm Beach, for appellee U.S. Bank National Association.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***